# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - Flagstaff

MAGISTRATE JUDGE'S MINUTES

DATE: 6/3/2010  CASE NUMBER: CR02-00264-001-PHX-PGR

USA vs. Lorenso Miguel Lopez

U.S. MAGISTRATE JUDGE: MARK E. ASPEY #: 70BP

A.U.S. Attorney Patrick Schneider for Darcy Cerow INTERPRETER _____
                 LANGUAGE _____
Attorney for Defendant Luke Mulligan (AFPD) _____

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 6/2/10

| | | |
|---|---|---|
| ☒ Initial Appearance | ☐ Appointment of counsel hearing held | |
| ☐ Financial Afdvt taken | ☒ No Financial Afdvt taken | ☐ Financial Afdvt sealed |
| ☐ Pretrial Release Viol | ☒ Supervised Release Viol | ☐ Probation Violation |

---

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☒ Waived
Set for: Before
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☒ Defendant continued detained
 ☒ Flight risk ☒ Danger

**PRELIMINARY REVOCATION HEARING:**
☐ Held ☐ Con't ☐ Reset ☒ Waived

Set for: Before:
☒ Probable cause found ☐ Dismissed
☒ Held to answer before District Court
☒ Admit/Deny hearing set for 6/8/10 AT 11:00 AM before DISTRICT JUDGE ROSENBLATT

---

**PRETRIAL RELEASE REVOCATION HEARING:**
☐ Held ☐ Con't ☐ Submitted
Set for before
☐ Defendant released with additional conditions
☐ Defendant released without additional conditions
☐ IT IS ORDERED revoking pretrial release. Defendant ordered detained pending trial.

---

Other: Court conditionally appoints counsel for the defendant pending a financial affidavit. Pursuant to LR Crim. 57.14 and LR Civ. 83.3 the Federal Public Defenders Office is ordered to file a Notice of Substitution of Counsel within ten (10) days.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __ will commence on __ thru __ for a total of __ days.

RECORDED Courtsmart
BY: Christina S. Hurley
Deputy Clerk

IA - 5 mins
DH - 1 min.
PH - 1 min.